AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>COURTNEY B. SEDLER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:22mj109<br>)<br>)<br>)<br>) |

FILED
OCT 13 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/28/22, 3/1/22, and 10/6/22__ in the county of __Harrison__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) | Count One - Influencing Federal Officer by Threat |
| 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) | Count Two - Influencing Federal Officer by Threat |
| 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) | Count Three - Influencing Federal Officer by Threat |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Brandon D. Lightner, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/13/2022

*Judge's signature*

City and state: Clarksburg, WV

Michael John Aloi, US Magistrate Judge
*Printed name and title*